## DAVIS v. N.C. DEPT. OF HUMAN RESOURCES

No. 43P96

Case below: 121 N.C.App. 105

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

## DODDER v. YATES CONSTRUCTION CO.

No. 299PA96

Case below: 122 N.C.App. 577

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 30 July 1996.

## DURHAM v. BRANCH BANKING & TRUST CO.

No. 160P96

Case below: 121 N.C.App. 787

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

## EURY v. NATIONWIDE MUTUAL INS. CO.

No. 224P96

Case below: 116 N.C.App. 490

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

## GLOSSON v. DURHAM HOUSING AUTH.

No. 250P96

Case below: 122 N.C.App. 575

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.